## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                                                            Civil Action
                                                            No: 07-12297-WGY

ANGELA MAGGIACOMO
Plaintiff

v.

DEWAYNE RUARK
Defendant

ORDER OF DISMISSAL

YOUNG,D.J.

      After a ruling on    11/4/08   ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed

                                                            Sarah A. Thornton
                                                            Clerk

                                                            /s/ Elizabeth Smith
                                                      By:  _____
                                                              Deputy Clerk

November 6, 2008

Notice mailed to counsel of record.