UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

Civil Action No:07CV12297-WGY

2009 FEB 25  A 11: 54

DISTRICT COURT
DISTRICT OF MASS.

Angela Maggiacomo
    Plaintiff

v

Dewayne Ruark
    Defendant

## MOTION TO STAY EXECUTION

Now comes the plaintiff, Angela Maggiacomo, and respectfully requests this honorable court enter an order staying the execution entered in the above captioned case.

As grounds therein, the plaintiff states:

(1) A suggestion of bankruptcy has been filed with the court.
(2) I believe it will take approximately six months to acquire the necessary bills to file said bankruptcy.

Respectfully Submitted
Angela Maggiacomo

Angela Maggiacomo
c/o
Joseph Maggiacomo III
23 Winding Way
Plymouth, MA 02360
617-869-4142